IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                 19CR1719

JIMMY E. TREVINO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court on Defendant's Unopposed Fourth Motion for Continuance of Sentencing Hearing Scheduled on August 15, 2023. As grounds for the continuance, defense counsel states he has a scheduling conflict and he attaches Exhibit A, Notice of Hearing, before the Honorable Jennifer E. DeLaney in the Sixth Judicial District Court at 1:30. The Notice of Hearing was entered by the Sixth Judicial District Court Clerk on July 24, 2023.

Sentencing in the instant matter was set on June 28, 2023, (Doc. 167), almost a full month before the setting in state court (July 24). The Court also notes Defendant in this case has been in custody since December 17, 2018, a total of 1697 days (55 months and 24 days). This is the fourth motion to continue sentencing. This case is otherwise ready to proceed to sentencing. Based on the foregoing, this fourth motion to continue sentencing is DENIED.

IT IS SO ORDERED.

                                                                                    UNITED STATES DISTRICT JUDGE